| | | |
|---|---|---|
| Texas Farm Bureau Casualty Insurance Company<br>  Appellant | ☐ | From the 181st District Court<br>Of Randall County |
| v. No. 07-13-00087-CV | ☐ | April 17, 2013 |
| Brittni Sampley<br>  Appellee | ☐ | Opinion Per Curiam |

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that appellant's petition for permissive appeal is denied.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o